# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24-cr-00169-JAR-JSD |
| | ) |
| VENKATESH SATTARU, | ) |
| NIKHIL PENMATSA, | ) |
| SRAVAN PENUMETCHA, | ) |
| NITYA SATTARU, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 13, 2025, the government filed its First Request for Additional Time to File a Response to Defendants' Motions to Suppress ("government's Motion") [ECF No. 112], requesting up to and including January 17, 2025, to file its Response to Defendant Nikhil Penmatsa's and Defendant Nitya Sattaru's respective Pretrial Motions [ECF Nos. 100, 101].

**IT IS HEREBY ORDERED** that the government's First Request for Additional Time to File a Response to Defendants' Motions to Suppress [ECF No. 112] is **GRANTED**.

**IT IS FURTHER ORDERED** that the government is granted up to and including **January 17, 2025** in which to respond to Defendant Nikhil Penmatsa's and Defendant Nitya Sattaru's respective Pretrial Motions [ECF Nos. 100, 101].

For the reasons set out in the government's motion, the undersigned finds that to deny the government's request for such additional time would deny counsel for the government the reasonable time necessary to effectively respond to Defendants' motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting government's requests for additional time outweigh the best interest of the public and Defendant

in a speedy trial, the additional time is granted to the government, and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 13th day of January, 2025.

2